IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD BLOUNT,

        Plaintiff,                  No. 12-cv-2941 LKK CKD P

    vs.

SUPERIOR COURT OF
SACRAMENTO COUNTY, et al.,

        Defendants.             ORDER

                         /

          On April 24, 2013, petitioner filed a motion the court construes as a request for reconsideration of the court's April 12, 2013 order dismissing this case. A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." Id. at 1263.

/////

/////

/////

1

1         After reviewing plaintiff's motion for reconsideration, it is clear there is no valid
2 basis to reconsider dismissal of this action. Accordingly, IT IS HEREBY ORDERED that
3 plaintiff's April 24, 2013 motion for reconsideration is denied.
4 DATED: May 30, 2013.

```
                            /s/ Lawrence K. Karlton
                            _____
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```