UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD BLOUNT, | No. 2:12-cv-2941 LKK CKD P |
| Plaintiff, | |
| v. | ORDER |
| GILLARD, et al., | |
| Defendants. | |

Plaintiff requests that the court order that the remaining balance due to the court for the filing fee for this action be forgiven. The court is required to collect the filing fee pursuant to the terms described in 28 U.S.C. § 1915. No provision is made in that statute for forgiving an unpaid balance nor for allowing an inmate plaintiff to not pay the filing fee. Accordingly, plaintiff's request (ECF No. 47) is denied.

Dated: July 6, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
blou2941.ff